PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | |
| | ) | CASE NO. 4:20-CV-1973 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| SIDHU BROTHERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

On June 24, 2021, the parties informed the Court by telephone that this matter has been resolved. Therefore, the docket shall be marked "resolved and dismissed without prejudice." On or before July 23, 2021, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

All upcoming case management dates are vacated.

IT IS SO ORDERED.

  June 24, 2021                                           */s/ Benita Y. Pearson*
Date                                                   Benita Y. Pearson
                                                         United States District Judge